
**FILED**

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0005

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0005

_____

| | |
|---|---|
| IN RE MOTION OF MARISSA RAE CERKONEY FOR ADMISSION TO THE BAR OF THE STATE OF MONTANA | O R D E R |

_____

Marissa Rae Cerkoney has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. Cerkoney also requests leave to be sworn in by an authorized judge of the Southwest District of North Dakota. The Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Cerkoney has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Marissa Rae Cerkoney may be sworn in to the practice of law in the State of Montana by an authorized judge of the Southwest District of North Dakota.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 12 day of November, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices